No. 04–5532. DENNIS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5533. LIVERPOOL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–5534. DE LA CRUZ-OCHOA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5535. COLEMAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5536. COLLIER v. HOME DEPOT. C. A. 11th Cir. Certiorari denied.

No. 04–5537. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–5538. SPEARMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–5539. BOND v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5542. WATTERS v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 04–5544. ST. YVES v. MERRILL, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 04–5547. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5548. STEWART v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 04–5549. JENNINGS v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5550. MILLER v. TERRY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5551. MILLER-BEY v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.